IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>VICTORIA ESTRELLA CONCEPCION and WILLIAM HENRY CONCEPCION, doing business as Henry's,<br><br>    Defendants.<br>                                           / | No. C 10-05092 WHA<br><br>**ORDER FOR ATTORNEY RILEY TO APPEAR AT CASE MANAGEMENT CONFERENCE** |

A case management conference is scheduled in this matter for March 10, 2011. Attorney Thomas Riley shall personally attend and not send another attorney to "specially appear," unless that attorney is going to become counsel of record in the case with all attendant responsibilities.

**IT IS SO ORDERED.**

Dated: February 28, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE