IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

J & J SPORTS PRODUCTIONS, INC.,

    Plaintiff,

    v.

VICTORIA ESTRELLA CONCEPCION, and WILLIAM HENRY CONCEPCION, individually and d/b/a HENRY'S,

    Defendants.

No. C 10-05092 WHA

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

In light of plaintiff counsel's unavailability on March 8, the case management conference is hereby **CONTINUED** to **MARCH 17, 2011, AT 11:00 A.M.** in Courtroom 9.

**IT IS SO ORDERED.**

Dated: March 3, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE