IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

J&J SPORTS PRODUCTIONS, INC.,

    Plaintiff,

  v.

VICTORIA ESTRELLA CONCEPCION
and WILLIAM HENRY CONCEPCION,
doing business as Henry's,

    Defendants.

No. C 10-05092 WHA

**ORDER DENYING REQUEST TO VACATE CASE MANAGEMENT CONFERENCE**

    Good cause not shown, the Court **DENIES** counsel's request to vacate the case management conference on March 17.

    **IT IS SO ORDERED.**

Dated: March 11, 2011.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE