IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC., | No. C 10-05092 WHA |
| Plaintiff, | |
| v. | **ORDER FOR ATTORNEY RILEY TO APPEAR AT MOTION HEARING** |
| VICTORIA ESTRELLA CONCEPCION and WILLIAM HENRY CONCEPCION, doing business as Henry's, | |
| Defendants. / | |

A hearing on plaintiff's motion for default judgment is scheduled in this matter for April 14, 2011. Attorney Thomas Riley shall personally attend and not send another attorney to "specially appear," unless that attorney is going to become counsel of record in the case with all attendant responsibilities.

**IT IS SO ORDERED.**

Dated: March 28, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE