# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,** | CASE NO. 3:10-cv-05092-WHA |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S APPLICATION TO CONTINUE HEARING ON MOTION FOR DEFAULT JUDGMENT** |
| vs. | |
| **VICTORIA ESTRELLA CONCEPCION, et al.** | |
| **Defendants.** | |

The motion hearing on plaintiff's motion for default judgment is continued to **May 12, 2011, at 2:00 p.m.**

This continuance is contingent upon Attorney Riley mailing a courtesy notice of this order to defendants today, April 13, 2011.

Attorney Riley shall personally attend the new motion hearing and not send another attorney to "specially appear," unless that attorney is going to become counsel of record in the case with all attendant responsibilities.

**IT IS SO ORDERED**:

Dated: April 13, 2011.

_____
**THE HONORABLE WILLIAM ALSUP**
United States District Court
Northern District of California