IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>VICTORIA ESTRELLA CONCEPCION<br>and WILLIAM HENRY CONCEPCION,<br>doing business as Henry's,<br><br>  Defendants.<br>_____ / | No. C 10-05092 WHA<br><br>**ORDER TO PREPARE FINAL TRANSCRIPT** |

   The court reporter shall please prepare a final transcript of the motion hearing held on May 12, 2011, in the above-captioned matter, and file it on the docket.

   **IT IS SO ORDERED.**

Dated: May 23, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE